IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:08-cr-00106 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN ANTHONY OGLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | UNITED STATES' NOTICE UNDER FED. R. EVID. 902(11) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 3:09-cr-00018 |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM REILLY, JR., | ) | |
| a/k/a FRED WILLIAM REILLY, JR., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Drew H. Wrigley, United States Attorney for the District of North Dakota, and Nicholas W. Chase, Assistant United States Attorney, hereby gives notice of its intent, under Rules 803(6) and 902(11) of the Federal Rules of Evidence, to use certified and self-authenticated copies of business records from Cash Wise and Kmart, relating to business conducted in furtherance of the alleged conspiracy. According to our file, the United States has

1

provided photocopies in discovery of the business records that will be used at trial.  Upon request, the United States will allow the Defendants to review the documents before the start of trial.

Dated this 23rd day of June, 2009.

        DREW H. WRIGLEY
        United States Attorney


By:  /s/_____
      NICHOLAS W. CHASE
      Assistant United States Attorney
      Quentin N. Burdick United States Courthouse
      655 First Avenue North - Suite 250
      Fargo, ND  58102-4932
      (701) 297-7400
      N.D. Bar Board ID No. 05361
      Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:08-cr-00106 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN ANTHONY OGLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:09-cr-00018 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM REILLY, JR., | ) | |
| a/k/a FRED WILLIAM REILLY, JR., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on June 23, 2009, the following documents:

**UNITED STATES' NOTICE UNDER FED. R. EVID. 902(11)**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

MR. JOHN GOFF
john@bullislaw.com

MR. MARK BLUMER
mark_myhrelaw@qwestoffice.net

3

I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: June 23, 2009.                         /s/_____
                                              Angel Pedersen
                                              Office of United States Attorney