

**montgomery goff & bullis**
attorneys at law

4650 38th Ave. S.
Suite 110 • Fargo, ND
PO Box 9199 • 58106-9199
Phone (701) 281-8001
Fax (701) 281-8007

**Michael S. Montgomery**
mike@bullislaw.com

**John T. Goff**
john@bullislaw.com

**James R. Bullis**
jim@bullislaw.com

**Kyle G. Pender**
kyle@bullislaw.com

Licensed in
North Dakota
and Minnesota

December 28, 2009

Clerk of United States District Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Ste. 130
Fargo, ND 58102-4932

RE:   United States v. Sean Anthony Ogle
      Criminal No. 3:08-mj-107
      Our File. JTG-817

Dear Clerk:

Pursuant to my client's request, enclosed with this letter for filing is a document prepared by Sean Anthony Ogle entitled, "Notice of and Repentance of My Sins", dated December 17, 2009.

Thank you.

Very truly yours,

John T. Goff

JTG/lds

Enc.

Cc:   Sean Ogle
      Lynn Jordheim
      Brett Shasky

①

DEC 2 2 2009

# NOTICE OF AND REPENTANCE OF MY SINS

Today's Date: Day Seventeen of Month twelve year 2009 C.E

Mr. John T. Goff
MGB P.C.
4650 38Th Ave South suite 110
Fargo North Dakota

Re: "SINS, DEBTS, OBIGATIONS DISHONORS"

PLEASE TAKE NOTICE that I, Sean Anthony Ogle, Sentient moral being repent of all sins, My debts, my obligations and my dishonors. I willingly, Knowingly, voluntarily, intentionally and intelligently perform this act and deed.

I made many mistakes and I now repent of my debts. As I become aware of every particular sin I will repent immediately and settle every debt.

"My Son, if you: Have become guarantor for Your friend, Have shaken hands in a pledge for a Stranger, Have been snared by words of your own mouth, Have been caught by the words of your own mouth Do this at once, my son, and deliver your self,

②

For you have come into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like gazelle from the hunter's hand, and like a bird from the hand of the trapper."①

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands is a pledge is safe" ②

I RESERVE All of MY Rights With Explicit RESERVATION AND Without PREJUDICE.

I request that you notify all parties.

Please respond within three days from the date you receive this Notice. Dishonor may result if you fail to respond.

---

① Proverbs 6 verses 1 through 5, the Scriptures, published by institute for scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

② Proverbs 11 verse 15, the scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa.


(3)

Mr. John T Goff
MGB P.C.
4650 38Th Ave. South Suite 110

                        Sincerely,

                        *Sean Anthony Ogle*
                        c/o Cass County Jail
                        450 34th Street S.W.
                        Fargo North Dakota

cc: U.S. Department of Justice United States Attorney District of North Dakota Lynn C. Jordheim Acting United States Attorney Quentin N. Burdick United States Courthouse 655 First Avenue North - Suite 250 Fargo, North Dakota 58102-4932

cc: U.S. Department of Justice United States Attorney District of North Dakota Brett M. Shasky Assistant United States Attorney

cc: U.S. Department of Justice United States District Court Southeastern Division District of North Dakota Robert Ansley, clerk Quentin N. Burdick United States Courthouse 655 First Avenue North Fargo, North Dakota 58102-4932
Magistrate Judge c/o Mr. John T. Goff MGB P.C. 4650 38Th Avenue South Suite 110



Name: Sean Ogle
Cass County Jail
450 34th St. SW
Fargo, ND 58103

PRESORTED
FIRST CLASS

Hasler
016H2652374
$00.41⁴
12/21/2009
Mailed From 58102
US POSTAGE

Attorney At Law
Mr. John T. Goff
MGB P.C.
4650 38Th Ave. South Suite 110
Fargo North Dakota

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>SEAN ANTHONY OGLE,<br>      Defendant. | Criminal No. 3:08-CR-106-06<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on December 28, 2009, the following document(s):

**DEFENDANT SEAN ANTHONY OGLE'S
"NOTICE OF AND REPENTANCE OF MY SINS"**

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Brett Shasky
Assistant United States Attorney
655 First Avenue North Suite 250
Fargo ND  58102-4932

Lynn Jordheim
United States Attorney
655 First Avenue North Suite 250
Fargo ND 58102-4932

Dated:  December 28, 2009.

                                                                               Lynne D. Spaeth
                                                                               Paralegal to John T. Goff