IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:08-cr-00106 |
| | ) | |
| v. | ) | **UNITED STATES' WITNESS LIST** |
| | ) | |
| SEAN ANTHONY OGLE, and | ) | |
| MICHAEL WAYNE JACOBSON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by Lynn C. Jordheim, Acting United States Attorney for the District of North Dakota, and Nicholas W. Chase, Assistant United States Attorney, identify the following individuals as witnesses on behalf of the United States:

1. Candice Peterson

2. Molly Acker

3. Todd Vise

4. Jay Weist

5. Richard Heyen

6. Lori Baxter

7. Wendy Muller

8. Todd Dittmer

9. Theresa Christofore

10. Meghan Blaiser

11. Jason Moe

12. Jared Nikle

13. Justin Peterson

14. Jason Marinucci

15. Bobbi Jo Yanez (Sistad)

16. Jory Iwen

17. Mark Messerschmidt

18. Tracie Walberg

19. Elliot Cleveland

20. Charles Anderson

21. William Jay McCrary

22. Theresa Beyerle-Browning

23. Heather A. Neuder

24. Orie Oksendahl

25. Shane Aberle

26. Tom Morris

27. John Fugleberg

28. Jeff Harford

29. Doug Henning

30. Mike Kenkio

31. Tammy Lynk

32. Kristy Horner

33. Troy Goetz

34. Chris Martin

35. Adam Torgerson

36. Brad Stuvland

37. Dante Giovanni Schwarting

38. Al Schmidt

Note: Additional witnesses may be included on this list prior to trial.

Dated this 12th day of January, 2010.

        LYNN C. JORDHEIM
        Acting United States Attorney


By: /s/_____
    NICHOLAS W. CHASE
    Assistant United States Attorney
    Quentin N. Burdick United States Courthouse
    655 First Avenue North - Suite 250
    Fargo, ND  58102-4932
    (701) 297-7400
    N.D. Bar Board ID No. 05361
    Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:08-cr-00106 |
| | ) | |
| v. | ) | **UNITED STATES' WITNESS LIST** |
| | ) | |
| SEAN ANTHONY OGLE, and | ) | |
| MICHAEL WAYNE JACOBSON, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on January 12, 2010, the following documents:

UNITED STATES' WITNESS LIST

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

MR. JOHN GOFF
john@bullislaw.com

MR. WILLIAM KIRSCHNER
KirschnerLaw@cableone.net

I further certify that a copy of the foregoing documents will be **hand delivered** to the following:

MR. JOHN GOFF

MR. WILLIAM KIRSCHNER

Dated: January 12, 2010.          _/S/_____
                                  ANGEL PEDERSEN
                                  Office of United States Attorney