Your Honer

We would like to call it a
Day and Re convience at 9:00am
To continue Deliberations as we
have not Reached an unanimous
Decision.

Jury Foreman.