EXHIBIT LIST - CRIMINAL CASE NO.   3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/19/10 | ORIE OKSENDAHL | Drug: Methamphetamine 277.0 g 10/1/08 SW at Moe/Fred/Tracy 3441 31st Ave, Mnpls, DEA Exh #8 from living room hutch | | X | yes | | | | | X | cont. |
| 2 | 1/19/10 | ORIE OKSENDAHL | DEA Lab Report dated 12/4/08 of DEA Exh No. 8 BATES # 05588 | | X | yes | | | | | X | Cont. |
| 3 | | ORIE OKSENDHAL | DEA Lab Report dated 12/4/08 of DEA Exh No. 10 BATES # 05588 | | | | | | | | | |
| 4 | 1/19/10 | ORIE OKSENDAHL | SW Photo - Bag SW on 10/1/08 3441 31st - Moe residence - living room BATES # 03712 | | X | yes | | | | | X | cont |
| 5 | 1/19/10 | ORIE OKSENDAHL | SW Photo - Bag with money $3405 SW on 10/1/08 3441 31st - Moe residence - living room BATES: #03713 | | X | yes | | | | | X | cont |
| 6 | 1/19/10 | ORIE OKSENDAHL | SW Photo - Cell Phones & Money $921, SW on 10/1/08 3441 31st - Moe residence main floor bedroom BATES # 03716 | | X | yes | | | | | X | cont |
| 7 | 1/19/10 | ORIE OKSENDAHL | SW Photo - Money/ Misc - SW on 10/1/08 3441 31st - Moe residence upstairs BATES# 03738 | | X | yes | | | | | X | cont |
| 8 | 1/19/10 | ORIE OKSENDAHL | SW Photo - Money - SW on 10/1/08 3441 31st - Moe residence - upstairs BATES # 03747 | | X | yes | | | | | X | cont |
| 9 | 1/13/10 | ~~TODD VISE~~ Charles Anderson | Photo of Todd Vise at Ogle's house on 2/22/07 (w/meth and pipe) BATES #15237 | | X | ? | | | | | X | |
| 10 | 1/13/10 | ~~TODD~~ ~~VISE~~ Charles Anderson | Photo of pouch and pipe found with Todd Vise BATES #03629 | | X | yes/no | | X | | | ) | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

(Revised: 1/12/2010 @ 5:30)

EXHIBIT LIST - CRIMINAL CASE NO.   3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 1/13/10 | TODD VISE / Charles Anderson | Photo of pouch contents found with Todd Vise BATES #03630 | | X | yes | | X | | | X (con ditionally) |
| 12 | 1/13/10 | RICHARD HEYEN / Charles Anderson | Photo of piece of paper - note with names from Richard Heyen residence BATES # 03614 | | X | yes | | X | | | X (con ditionally) |
| 13 | 1/13/10 | RICHARD HEYEN / Charles Anderson | Photo of cash found at Search Warrant at Richard Heyen's residence BATES # 03636 | | X | yes | | X | | | X |
| 14 | 1/13/10 | RICHARD HEYEN / Charles Anderson | Photo of the inside of Richard Heyen's residence BATES # 03582 | | X | yes | | X | | | X |
| 15 | 1/13/10 | RICHARD HEYEN / Charles Anderson | Photo of money roll found at Richard Heyen's residence BATES # 03603 | X | X | yes | | X | | X | X |
| 16 | 1/13/10 | JAY WEIST / Charles Anderson | Copy Photo of Western Union Receipt sent by Jay Weist BATES # 18115-18116 | | X | no | | | | | X |
| 17 | 1/14/10 | BOBBI SISTAD | Western Union Document BATES# 17929 | | X | yes | | X | | | X |
| 18 | 1/13/10 | CANDICE PETERSON / Charles Anderson | Photo of House at 2602 Como Avenue BATES # 04346 | | X | no | | | | | X |
| 19 | 1/13/10 | CANDICE PETERSON / Charles Anderson | Photo of Moe/Reilly House at 3441 31st Avenue BATES # 04402 | | X | no | | | | | X |
| 20 | 1/13/10 | CANDICE PETERSON / Charles Anderson | Photo of Tom Tom directions to Richard Heyen's House BATES # 17291 | | X | no | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

(Revised:  1/12/2010 @ 5:30)

EXHIBIT LIST - CRIMINAL CASE NO.   3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 1/13/10 | CANDICE PETERSON Charles Anderson | Photo of Jay Weist number on Candice Peteron's cell phone BATES # 04155 | | X | 0303 | | | | | X |
| 22 | 1/13/10 | CANDICE PETERSON Charles Anderson | Photo of Todd Vise number on Candice Peterson's cell phone BATES # 04302 | | X | 0303 | | | | | X |
| 23 | 1/13/10 | CANDICE PETERSON Charles Anderson | Photo of Tom Tom Directions to Glen's House in Arizona BATES # 04002 | | X | 0303 | | | | | X |
| 24 | 1/13/10 | CANDICE PETERSON Charles Anderson | Photo of Tom Tom Directions to Desiree's House BATES # 16678 | | X | 0303 | | | | | X |
| 25 | 1/13/10 | CANDICE PETERSON Charles Anderson | Photo - Notation in Candice Peterson about warning to LaPalmita owner BATES # 05300 | | X | 0303 | | | | | X |
| 26 | 1/13/10 | CANDICE PETERSON Charles Anderson | Photo - Side view of La Palmita Restaurant BATES # 16683 | | X | 0303 | | | | | X |
| 27 | 1/13/10 | CANDICE PETERSON Charles Anderson | Photo of Fred's number on Candy Peterson's cell phone BATES # 04114 | | X | 0303 | | | | | X |
| 28 | 1/13/10 | CANDICE PETERSON Charles Anderson | Search Warrant Photo of cash found at Peterson/Ogle house BATES # 03987 | | X | 0303 | | | | | X |
| 29 | 1/13/10 | CANDICE PETERSON Charles Anderson | Search Warrant Photo of drug notes from notebook BATES # 05317 | | X | 0303 | | | | | X |
| 30 | 1/13/10 | CANDICE PETERSON Charles Anderson | Search Warrant Photo of plastic baggies BATES # 03993 | | X | 0303 | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

(Revised:  1/12/2010 @ 5:30)

EXHIBIT LIST - CRIMINAL CASE NO.  3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 1/13/10 | CANDICE PETERSON/ ORIE OKSENDAHL  Charles Anderson | Search Warrant Photo of Drug notes from Ogle/Peterson home BATES # 05315 | | X | none | | | | | X |
| 32 | 1/13/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Search Warrant Photo of addresses from Ogle/Peterson home BATES # 05330 | | X | none | | | | | X |
| 33 | 1/13/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Search Warrant Photo of cash at Ogle/Peterson residence BATES # 03967 | | X | none | | | | | X |
| 34 | 1/13/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Search Warrant Photo "thou shalt not" note from Ogle/Peterson residence BATES # 05277 | | X | none | | | | | X |
| 35 | 1/13/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo of fake outlet from Search Warrant at Ogle/Peterson residence BATES # 04022 | | X | none | | | | | X |
| 36 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo of fake soda cans at Ogle's residence BATES # 04023 | | X | none | | | | | X |
| 37 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo of Brad O'Connnor cell blocked on Ogle/Peterson's phone BATES # 04032 | | X | yes | | | | (X) | X  cont. |
| 38 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo of Sean's version of last couple months" BATES # 04186 | | X | none | | | | | X |
| 39 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo of hiding location at Ogle/Peterson's residence BATES # 04233 | | X | none | | | | | X |
| 40 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo of Bowling Pouch and car at Ogle/Peterson's residence BATES # 04234 | | X | none | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

(Revised:  1/12/2010 @ 5:30)

EXHIBIT LIST - CRIMINAL CASE NO.  3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo of opened toy car contents at Ogle/Peterson residence BATES # 04235 | | X | none | | | | | X | |
| 42 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo of inside of pouch at Ogle/Peterson residence BATES # 04236 | | X | none | | | | | X | |
| 43 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo - text from Brad O'Connor from Ogle/Peterson cell phone BATES # 04320 | | X | yes | | | X | X | X | Cont. |
| 44 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo - text from Brad O'Connor from Ogle/Peterson cell phone BATES # 04321 | | X | yes | | | X | X | X | Cont. |
| 45 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo - text from Brad O'Connor from Ogle/Peterson cell phone BATES # 04322 | | X | yes | | | X | X | X | Cont. |
| 46 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo - text from Brad O'Connor from Ogle/Peterson cell phone BATES # 04323 | | X | yes | | | X | X | X | Cont. |
| 47 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo - text from Brad O'Connor from Ogle/Peterson cell phone BATES # 04324 | | X | yes | | | X | X | X | Cont. |
| 48 | 1/14/10 | CANDICE PETERSON/ ORIE OKSENDAHL Charles Anderson | Photo - text from Brad O'Connor from Ogle/Peterson cell phone BATES # 04332 | | X | yes | | | X | X | X | Cont. |
| 49 | 1/14/10 | ELLIOT CLEVELAND Charles Anderson | Photo - Amtrak Boarding Pass from Fargo to Mpls/St. Paul dated 8/31/07 BATES # 07185 | | X | yes | | | X | | X | Cont ? |
| 50 | 1/14/10 | ELLIOT CLEVELAND Charles Anderson | Photo - Amtrak Boarding Pass from Fargo to Mpls/St.Paul dated 9/7/07 BATES # 07186 | | X | yes | | | X | | X | Cont ? |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

(Revised:  1/12/2010 @ 5:30)

EXHIBIT LIST - CRIMINAL CASE NO. 3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 1/14/10 | ELIOT CLEVELAND / Chuck Anderson | Photo - Amtrak Boarding Pass from Mpls/St. Paul to Fargo dated 9/20/07 BATES # 07187 | | X | yes | | | X | | X  Cont. 2 |
| 52 | 1/14/10 | CHUCK ANDERSON | Photo -SW @ Reilly 12/10/08 Photo of money BATES # 04412 | | X | yes | | | X | | X  cont. |
| 53 | 1/14/10 | CHUCK ANDERSON | Photo -SW @ Reilly 12/10/08 Photo of money BATES # 04690 | | X | yes | | | X | | X  cont. |
| 54 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05548 | | X | yes | | | X | | X  cont |
| 55 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05550 | | X | yes | | | X | | X  cont |
| 56 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05551 | | X | yes | | | X | | X  cont |
| 57 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05568 | | X | yes | | | X | | X  cont |
| 58 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05569 | | X | yes | | | X | | X  cont. |
| 59 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05570 | | X | yes | | | X | | X  cont. |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

(Revised: 1/12/2010 @ 5:30)

EXHIBIT LIST - CRIMINAL CASE NO.   3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05572 | | X | yes | | | X | | X | Cont. |
| 61 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05563 | | X | yes | | | X | | X | Cont. |
| 62 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05561 | | X | yes | | | X | | X | Cont. |
| 63 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05555 | | X | yes | | | X | | X | Cont. |
| 64 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05556 | | X | yes | | | X | | X | Cont. |
| 65 | 1/14/10 | CHUCK ANDERSON | SW - 12/10/08 - Fred & Tracy residence, 3441 31 Ave, hand written notes BATES # 05560 | | X | yes | | | X | | X | Cont. |
| 66 | 1/14/10 | CHUCK ANDERSON | Drug: 12/10/08 controlled buy 14.4 gms meth | | X | yes | | | X | X | X | Cont. |
| 67 | 1/14/10 | CHUCK ANDERSON | Lab Report from controlled buy DEA # 28 BATES # 07886 | | X | yes | | | X | X | X | Cont. |
| 68 | 1/14/10 | CHUCK ANDERSON | Drug: 0.11 grams Meth DEA # 31 | | X | yes | | | X | | X | Cont. |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

(Revised: 1/12/2010 @ 5:30)

EXHIBIT LIST - CRIMINAL CASE NO.  3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | 1/14/10 | CHUCK ANDERSON | Drug: 5.48 grams Meth<br>DEA # 30 | | X | yes | | | X | | X | cont. |
| 70 | 1/19/10 | CHUCK ANDERSON | Drug: 0.05 grams Meth<br>DEA # 32 | | X | yes | | | X | | X | cont. |
| 71 | 1/19/10 | CHUCK ANDERSON | Drug: 25.91 grams Meth<br>DEA # 29 | | X | yes | | | X | | X | cont. |
| 72 | 1/14/10 | CHUCK ANDERSON | Laboratory Report / date 9/18/2008<br>Case # 08-03357<br>BATES # 16695 | | X | yes | | | X | | X | cont. |
| 73 | 1/14/10 | CHUCK ANDERSON | Photo of C. Peterson's cell phone<br>Candlewood Suites<br>BATES # 04046 | | X | yes/no | | | X | | X | cont. |
| 74 | 1/14/10 | CHUCK ANDERSON | Photo of C. Peterson's cell phone<br>Tina Steiner<br>BATES # 04057 | | X | yes/no | | | X | | X | cont. |
| 75 | 1/19/10 | CHUCK ANDERSON | Photo of C. Peterson's cell phone<br>Carter Cars Bro<br>BATES # 04058 | | X | yes/no | | | X | | X | cont. |
| 76 | 1/14/10 | CHUCK ANDERSON | Photo of C. Peterson's cell phone<br>Cars Glen (Carson Steiner)<br>BATES # 04054 | | X | yes/no | | | X | | X | cont. |
| 77 | 1/14/10 | CHUCK ANDERSON | Photo of C. Peterson's cell phone<br>Wendy N Todd (Wendy Nikle)<br>BATES # 04317  Mueller<br>Dihown | | X | yes/no | | | X | | X | cont. |
| 78 | 1/14/10 | CHUCK ANDERSON | Photo of C. Peterson's cell phone<br>JaNise (Janise Luna)<br>BATES # 04202 | | X | yes/no | | | X | | X | cont. |

*F-Foundation only                                                                 (Revised:  1/12/2010 @ 5:30)
*A-Admitted into Evidence for all Purposes

EXHIBIT LIST - CRIMINAL CASE NO.   3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 1/14/10 | CHUCK ANDERSON | Photo of C. Peterson's cell phone Carson AZ (Carson Steiner) BATES # 04055 | | X | yes | | | X | | X | cont. |
| 80 | 1/14/10 | CHUCK ANDERSON | Copy from C. Peterson's notebook "The Ladys" phone number BATES # 05349   moes people | | X | yes | | | X | | X | cont. |
| 81 | 1/14/10 | CHUCK ANDERSON | Copy from C. Peterson's notebook Mackenzie (Meier) phone number BATES # 05348   other names | | X | yes | | | X | | X | cont. |
| 82 | 1/14/10 | CHUCK ANDERSON | Photo of C. Peterson's cell phone Mac (Mackenzie Meier's) phone # BATES # 04241 | | X | yes | | | X | | X | cont. |
| 83 | 1/19/10 | ORIE OKSENDAHL | Drug: 2.7 grams Meth DEA # 20 / 12/10/08 SW | | X | yes | | | X | | X | cont. |
| 84 | 1/19/10 | ORIE OKSENDAHL | Lab Report (DEA #20) BATES #07874-07875 | | X | yes | | | X | | X | cont. |
| 85 | 1/19/10 | ORIE OKSENDAHL | Drug: 0.95 grams Meth DEA # 17 / 12/10/08 SW | | X | yes | | | X | | X | cont. |
| 86 | 1/19/10 | ORIE OKSENDAHL | Lab Report (DEA #17) BATES #07872-07873 | | X | yes | | | X | | X | cont. |
| 87 | 1/19/10 | ORIE OKSENDAHL | Drug: 0.14 grams Meth DEA # 15 / 12/10/08 SW | | X | yes | | | X | | X | cont. |
| 88 | 1/19/10 | ORIE OKSENDAHL | Lab Report (DEA #15) BATES #07870-07871 | | X | yes | | | X | | X | cont. |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

(Revised:  1/12/2010 @ 5:30)

EXHIBIT LIST - CRIMINAL CASE NO.   3:08-cr-106
CASE TITLE:   UNITED STATES VS. SEAN ANTHONY OGLE

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | | ORIE OKSENDAHL | Call frequencies analysis | | | | | | | | |
| 90 | | ORIE OKSENDAHL | Call frequencies analysis | | | | | | | | |
| 91 | | ORIE OKSENDAHL | 404(b) Ogle Prior drug conviction | | | | | | | | |
| 92 | 1/13/10 | ~~CHUCK ANDERSON~~ CANDICE PETERSON | Telephone Call Call 3 S. Ogle C. Peterson (approx 14 min) | | ✓ | ✓ | ✓ | ✓ | | | ✓ |
| 93 | | ~~CHUCK ANDERSON~~ Candice Peterson | Transcript of Telephone Call Call 3 S. Ogle C. Peterson (approx 14 min) Court Exhibits | | ✓ | ✓ | | ✓ | | | ✓ |
| 94 | 1/15/2010 | ~~CHUCK ANDERSON~~ CANDICE PETERSON | Telephone Call Call 4 S. Ogle C. Peterson (approx 6 min. 30 sec.) | | ✓ | | | ✓ | | | ✓ |
| 95 | | ~~CHUCK ANDERSON~~ Candice Peterson | Transcript of Telephone Call Call 4 S. Ogle C. Peterson (approx 6 min. 30 sec.) Court Exhibits | | ✓ | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

(Revised:  1/12/2010 @ 5:30)

EXHIBIT LIST -- CRIMINAL CASE NO.   3:08-cr-106-06
CASE TITLE:   USA v. Sean Ogle

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Court Exhibit 1 | 1/14/10 | Jason Moe | Supplemental Report dated 11/25/08 (marked the start and end with arrows) Bates number: 05909 - 05920 | | X | none | | | | | X |
| Court Exhibit 2 | 1/14/10 | Meghan Blaiser | Small sheet of paper with Jason Moe's phone numbers listed | | X | none | | | | | X |
| Court Exhibit 3 | 1/15/10 | | Pictures of Justin Peterson | | X | none | | | | | X |
| Court Exhibit 4 | 1/15/10 | | Picture of Richard Heyen, aka Red (Pictures provided by USM and USPO) | | X | none | | | | | x |
| Court Exhibit 5 | 1/19/10 | | Partial Transcript of Videoconference Proceedings date 10-21-08 (Government proposed this document as exhibit 96) | | X | | | | | | X |
| Court Exhibit 6 | 1/15/10 | | Transcript of Telephone call (approximately 14 min) (Government Exhibit 93) | | X | | | | | | X |
| Court Exhibit 7 | 1/15/10 | | Transcript of Telephone Call (approximately 6 min 30 seconds) (Government Exhibit 95) | | x | | | | | | x |